AO 442 (Rev. 11/11) Arrest Warrant

AUSA Greenberg

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.
MADANI ILARA TEJAN

)
)
)
)
)
)

Case No. 14-730 JKS

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

Defendant

## ARREST WARRANT

MAR 03 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MADANI ILARA TEJAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached Affidavit.

Date: 3/26/14

_____
Issuing officer's signature

City and state: Greenbelt, MD

Jillyn K. Schulze, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03-26-2014, and the person was arrested on *(date)* 04-25-2014
at *(city and state)* Rockville, MD.

Date: 04-25-2014

_____
Arresting officer's signature

JOHN P. COONEY   SPECIAL AGENT, ATF
*Printed name and title*